# CRIMINAL COMPLAINT

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | District<br>ARIZONA<br>FILED / RECEIVED / LODGED / COPY<br>DEC 16 2010<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY |
| UNITED STATES OF AMERICA<br>V.<br>**Manuel OSORIO-Arellanes**<br>Year of Birth: **1976**<br>Country of Citizenship: **Mexico**<br>**A088 028 520**<br>Case Control # **PTCA111200925** | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>**10-08820M** |

Complaint for violation of Title **8**    United States Code § **1326 (b)(2)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>United States Magistrate Judge | LOCATION<br>Tucson, Arizona |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**December 15, 2010** | PLACE OF OFFENSE<br>At or near<br>**Nogales, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Sonora, Mexico** |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 15, 2010, at or near Nogales, Arizona, in the District of Arizona, Manuel OSORIO-Arellanes, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on June 12, 2010, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b)(2).

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**
Manuel OSORIO-Arellanes is a citizen of Mexico. On June 12, 2010, Manuel OSORIO-Arellanes was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On December 15, 2010, agents found Manuel OSORIO-Arellanes in the United States at or near Nogales, Arizona. Manuel OSORIO-Arellanes did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE**
Border Patrol Agents(s)  **HICKS, Gregory A., SANCHEZ, Robert A., VALENTIN-MENDEZ, Javier A**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA MSF | SIGNATURE OF COMPLAINANT (Official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**December 16, 2010** |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)